AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Quatavious Bernard Bivens )<br>*Plaintiff* )<br>v. )<br>Lt Roosevelt Reeves and Travis Guess )<br>*Defendant(s)* ) | Civil Action No.  9:20-cv-03895-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Quatavious Bernard Bivens, shall take nothing of Defendants, Lt Roosevelt Reeves and Travis Guess, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed for lack of prosecution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date: December 7, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/C. Pegram-Conner

*Signature of Clerk or Deputy Clerk*